# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>William Mitchell and Marsha Mitchell</u>

Civil Case # 1:18-cv-02987-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Marsha Mitchell, surviving wife of Plaintiff-decedent William Mitchell, and files this motion to substitute. Marsha Mitchell is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff William Mitchell filed his Short Form Complaint in the United States District Court for the Southern District of Indiana on September 27, 2018.

2. Plaintiff William Mitchell died on or about May 3, 2025.

3. On October 28, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27342. Plaintiff's counsel recently learned of the death of William Mitchell after contacting his wife.

4. Marsha Mitchell, surviving wife of William Mitchell, is the proper party plaintiff to substitute for Plaintiff-decedent William Mitchell and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1),

1

stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Marsha Mitchell, as Heir and Representative of the Estate of William Mitchell, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Marsha Mitchell, as Heir and Representative of the Estate of William Mitchell, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff William Mitchell is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Marsha Mitchell, as Heir and Representative of the Estate of William Mitchell, Deceased, as Party Plaintiff for William Mitchell; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-02987-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: January 26, 2026.

2

        Respectfully Submitted,

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon, TX Bar No. 01284275
        **Ben Martin Law Group, PLLC**
        3500 Maple Avenue, Suite 400
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        tarbon@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon